# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| RAMON HERNANDEZ, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA: 19-CA-022-FB |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA and SCHLUMBERGER GROUP ) | |
| WELFARE BENEFITS PLAN, ) | |
| ) | |
|     Defendants. ) | |

## **JUDGMENT**

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 23) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Motion for Summary Judgment and Brief in Support (docket no. 20) is DENIED, Defendants' Cross Motion for Summary Judgment (contained within docket no. 21) is GRANTED, and the Court AFFIRMS Life Insurance Company of North America's denials of disability benefits under the Schlumberger Welfare Benefits Plan.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 21st day of April, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE